UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID WAYNE TODD                                    CIVIL ACTION

VERSUS                                              NO. 21-550

TERREBONNE PARISH                                   SECTION "R" (1)
CONSOLIDATED GOVERNMENT,
ET AL.

## ORDER

Plaintiff David Wayne Todd, proceeding *pro se* and *in forma pauperis*,[1] brings suit under 42 U.S.C. § 1983, alleging that defendants violated his federal constitutional rights by denying adequate medical care.[2] Defendants, the Terrebonne Parish Consolidated Government, Richard Neal, and EMT Jacob moved under Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiff's complaint against them, asserting the defense of qualified immunity.[3] Pursuant to Eastern District of Louisiana Local Civil Rule 73.2(A) and 28 U.S.C. § 636(b), this matter was referred to Magistrate Judge Janis van Meerveld. On October 8, 2021, Magistrate Judge van Meerveld issued a Report and Recommendation ("R&R"), recommending that the Court grant in part and deny in part defendants' motion to dismiss.[4] Specifically, Magistrate Judge van Meerveld recommended that the Court

---

[1]     R. Doc. 6.
[2]     R. Doc. 4.
[3]     R. Doc. 11.
[4]     R. Doc. 17 at 13.

deny defendants' motion to dismiss as to plaintiff's claim against EMT Jacob in his individual capacity, and grant the remainder of defendants' motion, dismissing the remaining claims against defendants with prejudice.[5]

Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.  Therefore, the Court adopts Magistrate Judge van Meerveld's R&R as its opinion.

Accordingly, the Court GRANTS in part, and DENIES in part, defendants' motion to dismiss.  The Court denies defendants' motion with respect to the individual-capacity claims against EMT Jacob.  Plaintiff's remaining claims against Terrebonne Parish Consolidated Government, Richard Neal, and EMT Jacob in his official capacity are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this   8th   day of December, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]      *Id.*